**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

**vs.**                                                                                    **Case No. 3:09CV45**

**$20,000 IN U.S. CURRENCY**

_____

**FINAL ORDER OF FORFEITURE**

THIS CAUSE CAME before the Court on the Motion of the United States of America for a Final Order of Forfeiture. Being fully advised in the premises, the Court finds as follows:

1. On February 10, 2009, the United States filed a Civil Complaint against $20,000.00 in United States Currency, seeking forfeiture pursuant to Title 21, United States Code, Section 881.

2. The United States caused to be published a Notice of Forfeiture on www.forfeiture.gov of the intent of the United States to the property in accordance with Title 21, United States Code, Section 881, and further notifying all third parties of their right to petition the Court within sixty (60) days fo the first day of publication to adjudicate the validity of their alleged legal interest in the real property.

3. The United States also served notice to Eric Anderson and Kelly Edward Conder through his Attorney Donald W. Bankston, Esq. of the existence of the instant

forfeiture action.

4. No claims or petitions have been filed for the property described in the Complaint filed February 10, 2009, and the time for filing petitions expired on April 14, 2009, sixty (60) days after the first publication on February 13, 2009, pursuant to Title 21, United States Code, Section 881.

5. The facts set on in the affidavit filed by the United States demonstrates sufficient grounds for forfeiture.

**IT IS HEREBY ORDERED, and ADJUDGED;**

1. That the right, title and interest to all the hereinafter described currency is hereby condemned, forfeited and vested in the United States of America.

2. Property subject to forfeiture in this Order is as follows:

   $20,000.00 in United States Currency

3. That no person or entity has established that they have any legal right, title or interest in said currency.

IT IS SO ORDERED this 8th day of September, 2009

/s/ *Roger Vinson*
ROGER VINSON
Senior United States District Judge